IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ABE B. HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-026 |
| | ) | |
| MR. HATTLET, Correctional Officer; | ) | |
| MR. MOSLEY, Correctional Officer; and | ) | |
| MR. BLAIR, Assistant Warden, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Defendant Blair for failure to state a claim, and **DISMISSES** Defendant Blair from this case.

SO ORDERED this ____ day of July, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE