IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ABE B. HOLMES, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CV 318-026 |
| MR. HALLETT, Correctional Officer; MR. MOSLEY, Correctional Officer; and MR. BLAIR, Assistant Warden, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Defendant Blair for failure to state a claim, and **DISMISSES** Defendant Blair from this case.

SO ORDERED this 2nd day of November, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE