IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ABE B. HOLMES,  )
 )
   Plaintiff,  )
 )
v.  )   CV 318-026
 )
MR. HALLETT, Correctional Officer, and  )
MR. MOSLEY, Correctional Officer,  )
 )
   Defendants.  )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for ~~entry of~~ default. (Doc. no. 36.)

SO ORDERED this 20th day of February, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE