IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 APR 21  P 4: 00

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| ABE B. HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-026 |
| | ) | |
| MR. HALLETT, Correctional Officer, and | ) | |
| MR. MOSLEY, Correctional Officer, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 21st day of April, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE